In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-02-00094-CV


______________________________




IN THE MATTER OF THE MARRIAGE OF


SHANNON WAYNETTE EDWARDS AND


ALAN RANDALL EDWARDS

AND IN THE INTEREST OF CASEY ALAN EDWARDS AND


BRITTNEY NICOLE EDWARDS, MINOR CHILDREN




 


On Appeal from the 202nd Judicial District Court


Bowie County, Texas


Trial Court No. 99D0775-202




 




Before Morriss, C.J., Grant and Ross, JJ.


Opinion by Justice Grant



O P I N I O N



 Shannon Waynette Edwards, appellant, has filed a motion asking this court to dismiss her
appeal because she no longer wishes to prosecute her appeal. Pursuant to Tex. R. App. P. 42.1, her
motion is granted.

 The appeal is dismissed.




 Ben Z. Grant

 Justice


Date Submitted: September 12, 2002

Date Decided: September 13, 2002


Do Not Publish



nt-family: Times New Roman">Anders, also filed a motion to withdraw. Counsel
sent Holman a copy of the appellate brief and informed Holman of his right to file a pro se response
and of his right to review the record. 

 This Court informed Holman at that time that his response, if any, was due within thirty days. 
Holman has since requested two extensions of time to file his response brief. We granted both
requests, but as of this date, Holman has not filed a pro se response. Nor has the State filed a brief
in this case. 

 We have independently reviewed the record in this case and concur with counsel's assessment
that there are no meritorious points of error that may be raised. Since the briefs and arguments raised 





therein are identical in each appeal, for the reasons stated in Claveton Holman v. The State of Texas,
No. 06-02-00182-CR, we likewise affirm the trial court's judgment.




 Josh R. Morriss, III

 Chief Justice


Date Submitted: May 28, 2003

Date Decided: July 8, 2003


Do Not Publish 

1. Anders v. California, 386 U.S. 738 (1967).